Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellant, v. W. R. BLISSETT, Appellee.

No. 12561.

United States Court of Appeals
Fifth Circuit.

April 14, 1949.

Ed Dupree, Gen. Counsel, Hugo V. Prucha, Asst. Gen. Counsel, and Benjamin I. Shulman, and Cecil H. Lichliter, Sp. Litigation Attys., all of Washington, D. C., for appellant.

G. Eugene Ivey, of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from be, and the same hereby is, affirmed.

---

William Edward ALRED, Appellant, v. Joseph W. SANFORD, Warden, United States Penitentiary, Atlanta, Georgia.

No. 12544.

United States Court of Appeals
Fifth Circuit.

April 15, 1949.

In forma pauperis.

W. George Thomas, of Atlanta, Ga., for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tysinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from be, and the same hereby is, affirmed.

---

William H. JACKSON, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12678.

United States Court of Appeals
Fifth Circuit.

April 15, 1949.

No appearance for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., and Eugene M. Caffey, Col., J. A. G. D., Hq. 3rd Army, and H. M. Peyton, Lt. Col., both of Fort McPherson, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the district court denying the application for a writ of habeas corpus and dismissing the petition is hereby affirmed.[1]

---

William Roy MILLER, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 12526.

United States Court of Appeals
Fifth Circuit.

April 15, 1949.

Wm. Roy Miller, in pro. per.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the judgment appealed from be, and the same hereby is, affirmed.